1  David Jacobs (SBN 73545)
2  Edward J. Loya, Jr. (SBN 257346)
   Phillip K. Antablin (SBN 273880)
3  EPSTEIN BECKER & GREEN, P.C.
   1925 Century Park East, Suite 500
4  Los Angeles, California 90067-2506
   Telephone:  310.556.8861
5  Facsimile:  310.553.2165
   djacobs@ebglaw.com
6  eloya@ebglaw.com

7  Attorneys for Petitioner
8  JON A. GEGENHEIMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JON A. GEGENHEIMER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFERIES LLC,<br><br>　　　　　Respondent. | CASE NO.   **3:19-cv-2086**<br><br>**DECLARATION OF DAVID JACOBS IN SUPPORT OF PETITION TO VACATE ARBITRATION AWARD DATED APRIL 5, 2019**<br><br>[FINRA Arbitration No.: 16-02461]<br><br>Arbitration Award Service Date: April 8, 2019<br><br>[Filed concurrently with: Notice of Petition and Petition to Vacate; Memorandum of Law; Compendium and Proposed Order]<br><br>DATE:　　　TBD<br>TIME:　　　TBD<br>CTRM:　　　TBD |

1

I, David Jacobs, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts in the State of California, and counsel of record for Petitioner, Jon A. Gegenheimer.

2. I submit this declaration in support of Petitioner's Petition to Vacate Arbitration Award, pursuant to Civil L.R. 7-5. I have personal knowledge of the facts set forth below and would competently testify thereto under oath if called upon to do so. Attached as **Exhibit A** is a copy of the Final Award that is the basis of this Petition.

3. A copy of the Offer Letter extended by Jefferies to Mr. Gegenheimer is attached as **Exhibit B**.

4. A copy of Jefferies' Statement of Claim filed in FINRA on August 19, 2016 is attached as **Exhibit C.**

5. A copy of Mr. Gegenheimer's Answer to Jefferies' Statement of Claim filed on October 19, 2016 is attached as **Exhibit D**.

6. A copy of Jefferies' Answer to Mr. Gegenheimer's Counterclaims filed on November 8, 2016 is attached as **Exhibit E**.

7. A copy of the Order denying Jefferies' request to transfer venue from California to New York filed by FINRA's Director of Dispute Resolution on November 21, 2016 is attached as **Exhibit F**.

8. A copy of the Panel's Order on Discovery Motions filed on October 8, 2017 is attached as **Exhibit G.**

9. A copy of the parties' December 19, 2017 letter requesting bifurcation of the arbitration filed with FINRA is attached as **Exhibit H**.

10. A copy of the December 20, 2017 Order bifurcating the arbitration proceeding is attached as **Exhibit I**.

11. A copy of Mr. Gegenheimer's Opening Brief for Phase One of the hearing filed in FINRA on January 3, 2018 is attached as **Exhibit J**.

12. A copy of Jefferies Opening Brief for Phase One of the hearing filed in FINRA on January 3, 2018 is attached as **Exhibit K**.

13. A copy of Mr. Gegenheimer's Opposition to Jefferies' Opening Brief filed in FINRA on January 16, 2018 is attached as **Exhibit L**.

14. A copy of Jefferies' Opposition to Mr. Gegenheimer's Opening Brief filed in FINRA on January 16, 2018 is attached as **Exhibit M**.

15. A copy of the transcript of the oral argument for Phase One of the hearing is attached as **Exhibit N**.

16. A copy of the Interim Award filed by FINRA on January 29, 2018 is attached as **Exhibit O**.

17. A copy of Jefferies' February 2, 2018 letter filed in FINRA requesting a prehearing conference to schedule additional hearing dates is attached as **Exhibit P**.

18. A copy of Mr. Gegenheimer's Petition to Vacate the Arbitration Award filed with the United States District Court for the Northern District of California ("NDCA") is attached as **Exhibit Q**.

19. A copy of Jefferies' Motion to Dismiss Mr. Gegenheimer's Petition to Vacate Arbitration Award filed on February 22, 2018 is attached as **Exhibit R**.

20. A copy of Jefferies' Opposition to Mr. Gegenheimer's Petition to Vacate Arbitration Award filed on March 7, 2018 is attached as **Exhibit S**.

21. A copy of Mr. Gegenheimer's Opposition to Jefferies' Motion to Dismiss Petition to Vacate Arbitration Award filed on March 8, 2018 is attached as **Exhibit T**.

22. A copy of Mr. Gegenheimer's Reply to Jefferies' Opposition to Mr. Gegenheimer's Petition to Vacate Arbitration Award filed on March 14, 2018, is attached as **Exhibit U**.

23. A copy of the Panel's March 22, 2018 Order scheduling the second portion of the arbitration hearing ("Phase Two") is attached as **Exhibit V**.

24. A copy of the Northern District of California's March 29, 2018 Order dismissing Mr. Gegenheimer's Petition to Vacate is attached as **Exhibit W**.

25. Mr. Gegenheimer's April 6, 2018 letter filed in FINRA requesting that Jefferies produce Benjamin Lorello, Richard Handler and Brian Friedman to testify at the next scheduled hearing is attached as **Exhibit X**.

26. A copy of Jefferies' April 16, 2018 letter opposing Mr. Gegenheimer's request that Jefferies produce Benjamin Lorello, Richard Handler and Brian Friedman to testify during Phase Two is attached as **Exhibit Y.**

27. A copy of Mr. Gegenheimer's April 24, 2018 letter replying to Jefferies' opposition to Mr. Gegenheimer's request that Jefferies produce Benjamin Lorello, Richard Handler and Brian Friedman to testify during the next scheduled hearing is attached as **Exhibit Z**.

28. A copy of Mr. Gegenheimer's Motion to File an Amended Answer filed on May 14, 2018 is attached as **Exhibit AA**.

29. A copy of the Panel's May 21, 2018 Scheduling Order denying Mr. Gegenheimer's request that Jefferies produce Benjamin Lorello, Brian Friedman, and Richard Handler is attached as **Exhibit BB**.

30. A copy of Jefferies opposition to Mr. Gegenheimer's Motion to File an Amended Answer filed on May 24, 2018 is attached as **Exhibit CC**.

31. A copy of Mr. Gegenheimer's Reply Brief in Support of his Motion to File an Amended Answer filed on May 29, 2018 is attached as **Exhibit DD**.

32. A copy of the Panel's Order granting Mr. Gegenheimer's motion to file an amended answer filed on June 7, 2018 is attached as **Exhibit EE**.

33. A copy of Mr. Gegenheimer's Amended Answer and Counterclaims is attached as **Exhibit FF**.

34. A copy of Jefferies' Answer to Mr. Gegenheimer's Amended Answer and Counterclaims filed on June 29, 2018 is attached as **Exhibit GG**.

35. A copy of Mr. Gegenheimer Motion to Reconsider the Interim Award and for Clarification of the Scheduling Order ("Motion to Reconsider") filed on December 12, 2018 is attached as **Exhibit HH**.

36. A copy of Jefferies' Opposition to Mr. Gegenheimer's Motion to Reconsider filed on December 24, 2018 is attached as **Exhibit II**.

37. A copy of Mr. Gegenheimer's Reply in Support of his Motion to Reconsider filed on December 31, 2018 is attached as **Exhibit JJ**.

38. A copy of Jefferies' 20-Day Letter filed on January 8, 2019 is attached as **Exhibit KK**.

39. A copy of Mr. Gegenheimer's 20-Day Letter filed on January 8, 2019 is attached as **Exhibit LL**.

40. A copy of the Panel's order denying Mr. Gegenheimer's motion for reconsideration filed on January 9, 2019 is attached as **Exhibit MM**.

41. A copy of Jefferies' Motion to Preclude Testimony of Respondent's Proposed Expert Witnesses filed on January 15, 2019 is attached as **Exhibit NN**.

42. A copy of Gegenheimer's Pre-Hearing Brief for Second Phase of Bifurcated Hearing filed on January 22, 2019 is attached as **Exhibit OO**.

43. A copy of Jefferies' Pre-Hearing Brief Regarding Issues to Be Decided in the Second Phase of the Hearings filed on January 22, 2019 is attached as **Exhibit PP**.

44. A copy of Gegenheimer's Opposition to Jefferies' Motion to Preclude Testimony of Mr. Gegenheimer's Proposed Expert Witnesses filed on January 25, 2019 is attached as **Exhibit QQ**.

45. A copy of the hearing transcripts for Phase Two of the hearing, conducted from January 28-31, 2019 is attached as **Exhibit RR**.

46. A copy of Mr. Gegenheimer's February 8, 2019 post-hearing submission letter is attached as **Exhibit SS**.

47. A copy of Jefferies' post hearing submissions and Supplemental Declaration of Andrew J. Shapren in Support of Claimant's Request for Fees and Costs are attached as **Exhibit TT**.

48. A copy of the January 7, 2019 article entitled "Does Section 925 reinforce or weaken policy against noncompetes?" from the Daily Journal is attached as **Exhibit UU**.

///
///
///
///

I declare under the penalty of perjury the foregoing is true and correct.

Executed this 17th day of April, 2019 at Los Angeles, California.

*/s/ David Jacobs*

DAVID JACOBS